IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:22-PO-1085 |
| | ) |
| CHRISTOPHER CARTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The motion of the United States of America to dismiss without prejudice criminal number 1:22-PO-1085 pertaining to the defendant CHRISTOPHER CARTER, is hereby granted.

IT IS ORDERED that court number 1:22-PO-1085 pertaining to the defendant, CHRISTOPHER CARTER, is hereby dismissed without prejudice.

Alexandria, Virginia

Dated this **3RD**
day of November, 2022
Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge

United States Magistrate Judge